IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:93-CR-155-2-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FURNANDO HAYES | ) | O R D E R |
| | ) | |
| | ) | |

This matter is before the Court on Defendant's pro se Motion to Terminate his Supervised Release. The Motion is DENIED.

Defendant requests early termination, claiming he has held steady employment, has no infractions, and has served four out of five years of his supervised release. Defendant's Probation Officer, however, opposes the early termination. The officer cites Defendant's criminal history, including at least one crime of violence. After considering the factors set forth in 18 U.S.C. § 3564(c), the Court denies Defendant's request for early termination.

SO ORDERED, this /5 day of July, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE